IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAMAR LEON SCOTT,

    Plaintiff,

v.                                CASE NO. 4:13-cv-86-MW/CAS

STATE OF FLORIDA, et al.,

    Defendants.

****************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed April 16, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted a**s the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for failure to comply with a court order and failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure." The Clerk shall close the file.

SO ORDERED on May 7, 2013.

                                                  s/Mark E. Walker        
                                                  United States District Judge